OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 17 2015

PRESORTED FIRST CLASS

11/6/2015
**LOPEZ, IVAN GARAY**       Tr. Ct. No. CR21461-A          **WR-83,296-02**

On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk



RTS

IVAN GARAY LOPEZ
~~PACK UNIT~~ - TDC # 1752528
~~2400 WALLACE PACK~~
~~NAVASOTA, TX 77868~~

Temp   Logged
       11/19/15

DD

LOA
9.2.15